

The following constitutes
the order of the court. Signed July 26, 2012

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

GRANT MICHAEL PEUSE and SHANNA LOUISE PEUSE,

    Debtors.
_____

JERRY MAURER,

    Plaintiff,

v.

GRANT MICHAEL PEUSE and SHANNA LOUISE PEUSE,

    Defendants.

Case No. 09-53064 SLJ

A.P. No. 12-5144 SLJ

## JUDGMENT

Judgment is entered in favor of Plaintiff Jerry Maurer and against Defendants Grant Peuse and Shanna Peuse, as provided in the Stipulation filed on July 19, 2012.

IT IS SO ORDERED, ADJUGED AND DECREED.

*** END OF ORDER ***

JUDGMENT
-1-

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | [ECF Recipients by ECF] |
| 4 | **By Mail:** |
| 5 | Jerry Maurer<br>62 Pasatiempo Drive<br>Santa Cruz, CA  95060 |
| 6 | |
| 7 | Grant Michael Peuse<br>17 Carriage Lane<br>Scotts Valley, CA  95066 |
| 8 | |
| 9 | Shanna Louise Peuse |
| 10 | 17 Carriage Lane<br>Scotts Valley, CA  95066 |
| 11 | |
| 12 | |
| ... | |
| 28 | |

JUDGMENT

(Left margin: **UNITED STATES BANKRUPTCY COURT for the Northern District of California**)